ington, D. C., The Office of Education, Dept. of H. E. & W., Atlanta, Ga., A. Lattimore Gaston, Asst. U. S. Atty., David L. Norman, Asst. Atty. Gen., Brian K. Landsberg, Thomas M. Keeling, Attys., Department of Justice, Washington, D. C., for other interested parties.

Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.

PER CURIAM:

We find no error in the judgment of the district court which forms the subject matter of this appeal. It follows that the judgment should be and it is affirmed.

Joseph M. Sanders, Bluefield, W. Va. (Sanders & Blue, Bluefield, W. Va., on the brief), for Board of Education of Mercer County.

Before WINTER and BUTZNER, Circuit Judges, and DUPREE, District Judge.

PER CURIAM:

Upon consideration of the briefs and oral argument, we conclude that the district judge's findings of fact are not clearly erroneous and that he applied correct principles of law to these facts. *See* James v. West Virginia Board of Regents, 322 F.Supp. 217 (S.D.W.Va. 1971).

The judgment is affirmed.

Edgar JAMES, Appellant,

v.

WEST VIRGINIA BOARD OF RE-GENTS, a statutory corporation, successor to the West Virginia Board of Education, et al., Appellees.

No. 71-1237.

United States Court of Appeals, Fourth Circuit.

Argued Oct. 7, 1971.

Decided Oct. 15, 1971.

Brown H. Payne, Beckley, W. Va., and C. C. Malone, Jr., Durham, N. C., for appellant.

Victor A. Barone, Asst. Atty. Gen. (Chauncey H. Browning, Jr., Atty. Gen. State of West Virginia, Cletus B. Hanley, Deputy Atty. Gen., and Joseph E. Hodgson, Asst. Atty. Gen. on the brief), for West Virginia Board of Regents.

NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

CHAMBERTIN, INC., d/b/a Chambertin Restaurant, Respondent.

No. 71-1037.

United States Court of Appeals, Sixth Circuit.

Oct. 12, 1971.

Jack H. Weiner, N. L. R. B., Washington, D. C., Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Marcel Mallet-Prevost, Asst. General Counsels, Elliott Moore, Madge F. Jefferson, Attys., N. L. R. B., Washington, D. C., on the brief, for petitioner.

Robert S. Rosenfeld, Southfield, Mich., Keywell & Rosenfeld, by Robert S. Rosenfeld, Southfield, Mich., on the brief, for respondent.

ORDER.

Before PHILLIPS, Chief Judge, WEICK, Circuit Judge, and CECIL, Senior Circuit Judge.